IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| JOHN PATTERSON, § | | |
| Individually and as § | | |
| Personal Representative of § | | |
| the Estate of Jewel Patterson, § | | |
| Deceased § | | |
| § | | |
| V. § | NO. 1:07-CV-451 | |
| § | | |
| ALLSTATE TEXAS LLOYDS INS. CO. § | | |

ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The court referred this matter to the Honorable Earl S. Hines, United States magistrate judge, for pretrial proceedings pursuant to a Referral Order filed on June 28, 2007. The court has received and considered the report of the United States magistrate judge, who recommends that the court grant the parties' joint motion to dismiss and enter judgment pursuant to settlement.

The magistrate judge's report is hereby **ADOPTED**. The purpose of the referral having been served, it is further

**ORDERED** that the reference to the magistrate judge is **VACATED**.

**SIGNED** this the **23** day of **April, 2008.**

_____
Thad Heartfield
United States District Judge